UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-cv-81613-MIDDLEBROOKS

DANIEL LUGO, Individually,

    Plaintiff,

v.

AB CG OWNER, LLC

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Daniel Lugo, and Defendant, AB CG Owner, LLC (collectively, the "Parties"), by and through undersigned counsel, hereby give notice to the Court that the Parties have reached a settlement in principle in the above-styled action. The Parties are in the process of drafting an appropriate settlement agreement. The Parties request that they be given ten (10) days to finalize a settlement agreement and to submit a joint stipulation of dismissal with prejudice to the Court.

CASE NO.: 9:22-cv-81613-MIDDLEBROOKS

Respectfully submitted this 13th day of December 2022,

| | |
|---|---|
| s/Lee D. Sarkin<br>DREW M. LEVITT<br>Florida Bar No: 782246<br>drewmlevitt@gmail.com<br>LEE D. SARKIN<br>Florida Bar No. 962848<br>Lsarkin@aol.com<br>4700 N.W. Boca Raton Boulevard<br>Suite 302<br>Boca Raton, Florida 33431<br>Telephone (561) 994-6922<br>Attorneys for Plaintiff<br><br>*Counsel for Plaintiff*<br>*Daniel Lugo* | *s/ Robert S. Fine*<br>Robert Fine, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>E-mail: finer@gtlaw.com<br><br>*Counsel for Defendant*<br>*AB CG Owner, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

           /s/ Robert S. Fine
           ROBERT S. FINE

CASE NO.: 9:22-cv-81613-MIDDLEBROOKS

## SERVICE LIST

*Daniel Lugo v. AB CG Owner, LLC*
CASE NO.: 9:22-cv-81613-MIDDLEBROOKS
United States District Court, Southern District of Florida

*Counsel for Plaintiff*:

DREW M. LEVITT
Florida Bar No: 782246
drewmlevitt@gmail.com
LEE D. SARKIN
Florida Bar No. 962848
Lsarkin@aol.com
4700 N.W. Boca Raton Boulevard
Suite 302
Boca Raton, Florida 33431
Telephone (561) 994-6922